UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| ROY C. AKERS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>H & R ACCOUNTS INC.,<br><br>　　　　Defendant. | Case No: 2:22-cv-02059<br><br>Honorable Eric I. Long |

NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Plaintiff, Roy C. Akers, and Defendant, H & R Accounts Inc., have reached a settlement of the above-captioned action. Plaintiff anticipates filing a voluntary dismissal of his claims against Defendant, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, within forty-five (45) days.

DATED this 27th day of July, 2022.　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　 /s/Taxiarchis Hatzidimitriadis
　　　　　　　　　　　　　　　　　　　　Taxiarchis Hatzidimitriadis
　　　　　　　　　　　　　　　　　　　　CONSUMER LAW PARTNERS, LLC
　　　　　　　　　　　　　　　　　　　　333 N. Michigan Ave., Suite 1300
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60601
　　　　　　　　　　　　　　　　　　　　(267) 422-1000 (phone)
　　　　　　　　　　　　　　　　　　　　(267) 422-2000 (fax)
　　　　　　　　　　　　　　　　　　　　teddy@consumerlawpartners.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff, Roy C. Akers*

CERTIFICATE OF SERVICE

I hereby certify that, on July 27, 2022, I electronically filed the foregoing *Notice of Settlement,* with the Clerk of the United States District Court for the Central District of Illinois using the CM/ECF system. Notice of this filing will be sent to all counsel of record via the Court's CM/ECF system.

        */s/ Taxiarchis Hatzidimitriadis*
        Taxiarchis Hatzidimitriadis
        CONSUMER LAW PARTNERS, LLC