UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| ROY C. AKERS,<br><br>        Plaintiff,<br><br>v.<br><br>H & R ACCOUNTS INC.,<br><br>        Defendant. | Case No.: 2:22-cv-02059-CSB-EIL |

## AGREED STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, ROY C. AKERS, and Defendant, H & R ACCOUNTS INC., through their respective counsel, that the above-captioned action is dismissed, with prejudice, against, H & R ACCOUNTS INC., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and attorney fees.

Dated: August 15, 2022                          Respectfully Submitted,

**ROY C. AKERS**                                **H & R ACCOUNTS INC.**

*s/ Taxiarchis Hatzidimitriadis*                *s/ John H. Bedard, Jr.*
Taxiarchis Hatzidimitriadis, Esq.               John Bedard, Jr., Esq.
Consumer Law Partners, LLC                      Bedard Law Group, P.C.
333 N. Michigan Ave., Suite 1300                4855 River Green Pkwy., Suite 310
Chicago, IL 60601                               Duluth, GA 30096
(267) 422-1000 (phone)                          (678) 253-1871 (phone)
teddy@consumerlawpartners.com                   jbedard@bedardlawgroup.com
*Counsel for Plaintiff*                         *Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 15, 2022, I electronically filed the foregoing *Agreed Stipulation of Dismissal* with the Clerk of the District Court for the Central District of Illinois using the CM/ECF system, which will send notification of this filing to all attorneys of record in this action.

/s/ *Taxiarchis Hatzidimitriadis*
Taxiarchis Hatzidimitriadis